Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARY PIERCE<br><br>　　　　　　Defendant. | CASE NO.: CR12-196-RSL<br><br>**AMENDED ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DUE DATE** |

THIS MATTER having come before the Court on the motion of Defendant Mary Pierce for an order continuing the trial date and motions deadline in the above-captioned matter (Dkt. # 140). The government did not oppose the motion to continue.

Having considered Defendant's motion, Defendant's knowing and voluntary speedy trial waiver (Dkt. # 140-1), and the remainder of the record, the Court hereby grants the motion to continue the trial. The Court now finds and rules as follows:

Under the Speedy Trial Act, the trial of a defendant shall commence within 70 days from the date that an indictment is made public, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs. 18 U.S.C. § 3161(c)(1). Certain periods of delay are excludable from the Speedy Trial calculation. See 18 U.S.C. § 3161(h). In particular, any period of delay resulting from a continuance

AMENDED ORDER CONTINUING TRIAL DATE - 1
United States v. Mary Pierce Et. Al., CR12-0196RSL

Bernard & Bernard
10990 Wilshire Blvd Ste. 1175
Los Angeles, CA 90024
www.stephenbernardlaw.com

outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The factors, among others, which a judge shall consider in determining whether to grant a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) are set forth in § 3161(h)(7)(B)(i)-(iv).

The parties are acting diligently and have been since the previously ordered continuance. This case involves a financial conspiracy with voluminous documentary materials. The case also involves unidentified co-conspirators, whose existence has just been discovered by counsel's independent investigation.

As noted, the parties are working diligently, but need time to fully review and digest the materials and discuss them with their clients.

Therefore, the Court finds that the ends of justice served by the granting of the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Therefore, it is hereby ORDERED that Defendant's motion is GRANTED. It is further ORDERED that the trial in this matter is continued from May 27, 2014, to September 29, 2014. Pretrial motions are to be filed no later than August 21, 2014.

It is further ORDERED that the period of delay from entry of this order through September 29, 2014, will be excusable time under the Speedy Trial Act under Title 18, United State Code, Section 3161(h)(7)(A).

Dated this 1st day of May, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

AMENDED ORDER CONTINUING TRIAL DATE - 2
United States v. Mary Pierce Et. Al., CR12-0196RSL

Bernard & Bernard
10990 Wilshire Blvd Ste. 1175
Los Angeles, CA 90024
www.stephenbernardlaw.com